MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
CLARK A. HARMS, Special Assistant United States Attorney (#5713)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: charms@webercountyutah.gov

FILED US District Court-UT
MAR 25 '26 AM 11:55

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN GARCIA MERCADO and JOSE MARTIN GARCIA MERCADO, <br><br> Defendants. | INDICTMENT <br><br> Vios: <br><br> COUNT I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl With Intent to Distribute; <br><br> Case: 1:26-cr-00013 <br> Assigned To : Parrish, Jill N. <br> Assign. Date : 3/24/2026 |

The Grand Jury charges:

## COUNT I
### 21 U.S.C. § 841(a)(1)
### (Possession of Fentanyl With Intent to Distribute)

On or about December 16, 2025 in the District of Utah,

JUAN GARCIA MERCADO and JOSE MARTIN GARCIA MERCADO,

defendants herein, did knowingly and intentionally possess with intent to distribute four

hundred grams or more of a mixture or substance containing a detectable amount of N-

phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney

_____
CLARK A. HARMS
Special Assistant United States Attorney

2